*Rakoff, J*

**Outten & Golden LLP**
Piper Hoffman (PH 4990)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JENNIFER POLNER,

        Plaintiff,

-against-

DEUTSCHE BANK, AG,

        Defendant.

Index No: 08-cv-0330 (JSR)

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

PLEASE TAKE NOTICE that Plaintiff, by her undersigned counsel, hereby voluntarily dismisses the above-captioned matter, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      January 30, 2008

By: /s/ Piper Hoffman

**Outten & Golden LLP**
Piper Hoffman (PH 4990)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-08

SO ORDERED

/s/ [signature]
USDJ
1-31-08